IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IT4, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>Joyce Cordell, Wade Cordell, Restart Your Life, LLC, and iSmart Mobile Marketing, LLC,<br><br>        Defendants. | C/A No. 3:13-cv-03177-JFA<br><br><br>**ORDER** |

        The court heard argument and testimony related to Plaintiff's Motion for Preliminary Injunction (ECF No. 9) on February 19, 2014. By consent of the parties, the court enjoins Defendants from marketing or offering for download the app referenced in Exhibit C (ECF No. 9-4) of Plaintiff's Motion for Preliminary Injunction. Because the parties consent to this limited injunction, the court will not require a bond.

        All other relief requested in Plaintiff's Motion for Preliminary Injunction is denied.

IT IS SO ORDERED.

February 20, 2014                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge